**In re: Vahik ARZOOMANIAN and Melina Arzoomanian, Debtors.**

**Vahik Arzoomanian and Melina Arzoomanian, Appellants,**

v.

**State Farm Insurance, State Farm South Coast FCU; et al., Appellees.**

No. 01–55501.

BAP No. CC–00–01365–PKMo.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Jan. 2, 2002.

Before SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

MEMORANDUM **

Vahik and Melina Arzoomanian appeal the Bankruptcy Appellate Panel's ("BAP") dismissal of their appeal from the bankruptcy court's order granting appellees relief from the automatic stay of 11 U.S.C. § 362(a). The BAP found the appeal moot because the underlying Chapter 7 petition had been granted. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We review de novo decisions of the BAP, *Cool Fuel, Inc. v. Bd. of Equalization (In re Cool Fuel, Inc.)*, 210 F.3d 999, 1001 (9th Cir.2000), and we affirm.

The BAP properly dismissed appellants' appeal because an automatic stay pursuant to section 362 immediately dissolves upon issuance of a discharge by the bankruptcy court. *See* 11 U.S.C. § 362(c)(2)(C); *Bigelow v. Commissioner*, 65 F.3d 127, 129 (9th

---

* The panel unanimously finds this case suitable for decision without oral argument, and denies appellants' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

Cir.1995). It is undisputed that the bankruptcy court issued an order of discharge prior to the BAP's decision. Therefore, the automatic stay was dissolved and the BAP could not grant effective relief. *See Cook v. Fletcher (In re Cook)*, 730 F.2d 1324, 1326 (9th Cir.1984) (dismissing appeal as moot where the chapter 7 discharge was issued after the appeal was filed).

We are unpersuaded by appellants' remaining contentions.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.